NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EBER ROBLERO,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-2300
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____   )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.


PER CURIAM.


            Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.